IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:17-CR-00043-KDB-DCK-1

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| RICHARD CHAD ATKINSON, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant Richard Chad Atkinson's emergency *pro se* motion for compassionate release and reduction in sentence under 18 U.S.C. § 3582(c)(1) and the First Step Act of 2018. (Doc. No. 94). Having carefully reviewed the motion, exhibits, and all other relevant portions of the record, the Court will **GRANT** Atkinson's motion.

The Court is persuaded that Defendant is the only available, able-bodied relative capable of caring for his elderly and infirm parents, and no alternative arrangements for their care are feasible. The unique circumstances presented in his motion constitute an extraordinary and compelling reason for compassionate release. Further, the § 3553(a) factors weigh in favor of a time-served sentence, Defendant's rehabilitative successes are commendable, and his release plan is more than satisfactory.

The Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FOUR (4) DAYS**.

The Court further **ORDERS** that the Defendant upon release from imprisonment shall be placed on supervised release for a term of 5 years on Count 1.

The Court further **ORDERS** as a condition of supervised release that Defendant, upon release from imprisonment, shall be subject to home detention, with location monitoring technology, for a period of 12 months and comply with its requirements as directed. During this time, Defendant is restricted at all times to his residence except for employment, religious services, medical treatment for himself and his parents, grocery and drug store visits as needed and all preapproved by the probation officer. Defendant shall maintain a telephone at the Defendant's place of residence without any "call forwarding," "call waiting," dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service. Defendant shall pay for the location monitoring technology and telephone.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: March 27, 2023

Kenneth D. Bell
United States District Judge